Steven D. Frenkil
(410) 385-3564
sfrenkil@milesstockbridge.com

April 7, 2016

**FILED** ____ **ENTERED**
____ **LODGED** ____ **RECEIVED**

APR  8 2016

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

**VIA ECF**

The Honorable Richard D. Bennett
United States District Judge
United States District Court
for the District of Maryland
101 West Lombard St.
Baltimore, MD 21201

    Re:    **Mark Baden, Jr. v. Caroline County Public Schools**
              **Civil Action No. RDB – 16 -335**

Dear Judge Bennett:

    This is a letter sent jointly by the parties. Mark Baden, Jr., the pro se Plaintiff, has reviewed and approved the delivery of this letter; he has personally typed in his name on the signature line below in the Word version of this letter.

    Mr. Baden and I had our conference call on Tuesday, April 5, 2016 regarding the Scheduling Order recently issued in this case. We agreed to jointly request the following:

- Modification of the Scheduling Order so that the following deadlines are extended by 45 days, as follows:

  - Discovery Deadline/Submission of Status Report - extend from August 10, 2016 to September 26, 2016

  - Requests for Admission - extend from August 17, 2016 to October 3, 2016

  - Dispositive Pretrial Motions Deadline - extend from September 9, 2016 to October 25, 2016

- Defer expert disclosures and expert discovery until after court resolution of dispositive motions.

- We jointly request that a settlement/ADR conference be held once we have engaged in some discovery. With a revised discovery deadline of September 26, 2016, a conference in July or August would allow sufficient time to undertake some written discovery and depositions and then be in a position to have an informed settlement/ADR conference.

**Request Granted this 8th day of April, 2016.**

_/s/ Richard D. Bennett_
Richard D. Bennett
United States District Judge

The Honorable Richard D. Bennett
April 7, 2016
Page: 2

- We agree that the standard 30 hours of deposition per side is appropriate.

- We do not jointly consent to proceed before a U.S. Magistrate Judge.

- We do not plan to take discovery of electronically stored information.

The parties are available for a conference call if Your Honor wishes to discuss any of these topics with us. Thank you.

                                                Respectfully submitted,

                                                Steven D. Frenkil
                                                Counsel for Defendant


                                                <u>Mark Baden, Jr.</u>
                                                Mark Baden, Jr.
                                                Plaintiff (pro se)


cc:     Mark Baden, Jr.
          Plaintiff (pro se)